UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SAFEDIN DEMIROVIC, :
                      Plaintiff, :
                                                   :
           -against- : 23-CV-11092 (VEC)
                                                   :
                                                   : <u>ORDER</u>
SXB Restaurant Corp. d/b/a IL TINELLO :
RISTORANTE and XHERAT GOCAJ, :
                                                   :
                      Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 30, 2024, counsel for the Plaintiff submitted a declaration indicating that Plaintiff has withdrawn his consent to the proposed settlement in this case and seeking to withdraw as counsel. *See* Affirmation of Steven Bennett Blau, Dkt. 33, ¶ 83.

      IT IS HEREBY ORDERED that the October 10, 2024, deadline for the parties to submit a letter motion requesting that the case be dismissed, as well as the October 11, 2024, conference, are ADJOURNED *sine die*.

      IT IS FURTHER ORDERED that Mr. Blau's motion to withdraw as counsel for Plaintiff and to retain a charging lien is being held in abeyance. By separate order this case is being referred to Magistrate Judge Willis for a settlement conference.

**SO ORDERED.**

**Date: October 1, 2024**
     **New York, NY**

                                                              **VALERIE CAPRONI**
                                                       **United States District Judge**